Division of Public Welfare, Department of Human Services, for reconsideration in the light of *Tufaro v. Human Services,* 90 *N.J.* 538 (1982).

DIANA MAJEWSKI v. DEPARTMENT OF HUMAN SERVICES.

July 19, 1982.

Certification is granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Division of Public Welfare, Department of Human Services, for reconsideration in the light of *Tufaro v. Human Services,* 90 *N.J.* 538 (1982).

CAROL BARTON v. DEPARTMENT OF HUMAN SERVICES.

July 19, 1982.

Certification is granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Division of Public Welfare, Department of Human Services, for reconsideration in the light of *Tufaro v. Human Services,* 90 *N.J.* 538 (1982).

MARILYN MURRAY v. DEPARTMENT OF HUMAN SERVICES.

July 19, 1982.

Motion for reconsideration of the denial of certification (87 *N.J.* 412 (1981)) is granted, the petition for certification is

granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Division of Public Welfare, Department of Human Services, for reconsideration in the light of *Tufaro v. Human Services,* 90 *N.J.* 538 (1982).

PASARO BUILDERS, INC. v. TOWNSHIP OF PISCATAWAY.

July 21, 1982.

Petition for certification granted. (See 184 *N.J.Super.* 344)

STATE OF NEW JERSEY v. EDWARD MACK.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT STANKIEWICZ.

July 21, 1982.

Petition for certification denied.